# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131807

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

HASSAN HARAJLI,
      Defendant-Appellant.

SC: 131807
COA: 270255
Wayne CC: 05-009430-02

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____/

      On order of the Court, the application for leave to appeal the June 12, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

s1023